# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC EIDE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN CUCKLER, M.D.; ALABAMA MEDICAL CONSULTANTS, INC.; BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; BIOMET MANUFACTURING, LLC<br><br>　　　　　Defendants. | Case No. 1:19-cv-01411-NONE-EPG<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING PARTICIPATION IN SETTLEMENT PROGRAM**<br><br>Complaint Filed: May 09, 2017<br>**Case Transferred: March 29, 2019**<br><br>**(ECF No. 79)** |

The Court, having received and reviewed the Parties' Joint Stipulation to Stay Case Pending Participation in Settlement Program (ECF No. 79), and for good cause shown:

IT IS ORDERED that the above captioned matter is stayed until and including November 2, 2020. All deadlines are stayed, and all scheduled hearings and/or court conference are vacated. The Parties are ORDERED to file a Notice of Case Status within fourteen (14) days of November 2, 2020 to apprise the Court of the status of settlement negotiations, and if necessary, to request a Case Management Conference.

IT IS SO ORDERED.

　　Dated: **March 23, 2020**　　　　　　　　　/s/ Eric P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

- 1 -

ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING PARTICIPATION IN SETTLEMENT PROGRAM