**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC EIDE,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>JOHN CUCKLER, M.D.; ALABAMA MEDICAL CONSULTANTS, INC.; BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; BIOMET MANUFACTURING, LLC<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01411-NONE-EPG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY PENDING PARTICIPATION IN SETTLEMENT PROGRAM**<br><br>**(ECF No. 81)** |

This matter comes before the Court on the Parties' Joint Motion to Extend Stay Pending Participation in Settlement Program (ECF No. 81). The Court having considered said Motion[1] and being duly advised in the premises now finds and orders as follows:

1. The Parties' Joint Motion to Extend Stay is hereby GRANTED through and including February 28, 2021;

///

///

///

///

---

[1] The parties are reminded that District Judge Lawrence J. O'Neill has taken inactive senior status and that this action is not currently assigned to a district judge. (*See* ECF Nos. 76, 76-1). This case's number is now 1:19-cv-01411-NONE-EPG.

2. In the event this case is not resolved or dismissed by February 28, 2021, the parties shall file a Notice of Case Status within fourteen days of February 28, 2021 apprising the Court of the status of settlement negotiations and if necessary, requesting a Case Management Conference to set new deadlines in this matter.

IT IS SO ORDERED.

Dated: **November 16, 2020**        /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE