UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC EIDE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN CUCKLER, M.D.; ALABAMA MEDICAL CONSULTANTS, INC.; BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; BIOMET MANUFACTURING, LLC<br><br>　　　　　Defendants. | No. 1:19-cv-01411-NONE-EPG<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL<br><br>[Filed Concurrently with Joint Stipulation of Dismissal]<br><br>Complaint Filed:　　May 09, 2017<br>Case Transferred:　March 29, 2019 |

　　　THIS CAUSE came before the Court upon the Parties' Stipulation for Dismissal. The Court having reviewed the Stipulation for Dismissal, having reviewed the Court file, and being otherwise fully advised in the premises:

/////

/////

/////

/////

/////

/////

/////

- 1 -

ORDER GRANTING JOINT STIPULATION OF DISMISSAL

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

IT IS HEREBY ORDERED THAT the Stipulation for Dismissal is ratified and approved. This case is hereby DISMISSED *with prejudice* as to Plaintiff's Revised Hip Implant and is hereby DISMISSED *without prejudice* as to Plaintiff's Un-revised Hip Implant. Plaintiff and Defendants shall each bear their own respective costs and attorneys' fees incurred in connection with this action.

IT IS SO ORDERED.

Dated:   **February 9, 2021**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE